## UNITED STATES FIDELITY & GUARANTY CO. v. CITY OF PENSACOLA.

(Circuit Court of Appeals, Fifth Circuit. January 10, 1922.)

No. 3705.

Appeal and error ⊙⟹501(4)—Record showing exception is essential to refusal of the charge.

A judgment cannot be reversed because of rulings in the court's charge to the jury, or its refusal to give requested charges, where the record does not show that any exception was reserved to the charge or to the refusal.

⊙⟹For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes

In Error to the District Court of the United States for the Northern District of Florida; Wm. B. Sheppard, Judge.

Action between the United States Fidelity & Guaranty Company and the City of Pensacola. Judgment for the city, and the company brings error. Affirmed.

J. J. Sullivan and J. J. Sullivan, Jr., both of Pensacola, Fla., for plaintiff in error.

John B. Jones, of Pensacola, Fla., for defendant in error.

Before WALKER, BRYAN, and KING, Circuit Judges.

PER CURIAM. The record does not show that any exception was reserved to the court's charge to the jury, or to its refusal to give requested charges. This being so, the judgment is not subject to be reversed because of any of those rulings. The assignment of errors based upon rulings of the court on objections to evidence does not conform to the requirement of rule 11 of this court (150 Fed. xxvii, 79 C. C. A. xxvii) that such assignment "shall quote the full substance of the evidence admitted or rejected." However, those rulings have been considered. In our opinion, none of them involved reversible error.

The judgment is affirmed.